# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZER AUTO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AAL INTERNATIONAL, a California corporation;<br>DAVID LIU, an individual residing in California;<br>WEI LIU, an individual residing in California; and<br>Does 1-10,<br><br>Defendants. | CASE NO.: 5:16-cv-01764-JGB-SP<br><br>**ORDER DISMISSING MATTER BECAUSE CONFIDENTIAL SETTLEMENT AGREEMENT REACHED** |

## <u>ORDER</u>

The Parties having stipulated to reaching and agreeing to a Confidential Settlement Agreement, with an effective date of May 3, 2017, with respect to this matter,

NOW ON THIS day the above-captioned matter comes before the Court. The Court, after being fully advised on this matter and after reviewing the court file, finds and orders as follows:

IT IS ORDERED that this matter shall be administratively closed after the entry of this Order, but the Court shall retain jurisdiction and venue over the parties solely with respect to enforcement of the Confidential Settlement Agreement between the parties and any disputes or

controversies that may arise with regard thereto, which shall be exclusively brought before this Court for resolution thereof.

IT IS FURTHER ORDERED that this matter is hereby dismissed, *with prejudice*.

**IT IS SO ORDERED**.

Date: May 8, 2017

Hon. Jesus G. Bernal
United States District Judge